UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20231-RKA

JESUS GONZALEZ

      Plaintiff,

v.

MONDONGO'S, INC,
d/b/a Mondongo's Restaurant,
and RUMBAMERU ENTERPRISES, INC.

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Jesus Gonzalez, and Defendants, Mondongo's Inc., d/b/a Mondongo's Restaurant, and Rumbameru Enterprises, Inc, by and through the undersigned counsel, notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action. The Parties ask the Court to stay all matters and pending deadlines and grant the Parties 30 days to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this March 27, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
P: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

By: */s/ Nelson A. Rodriguez-Varela*
Nelson A. Rodriguez-Varela, Esq.
FL Bar No.: 876739
**Nelson A. Rodriguez-Varela, P.A.**
1190 S. LeJeune Road
Miami, Florida 33134
Tel: (305) 666-1330
Fax: (305) 443-0986
nelson@nrvlaw.us

*Counsel for Defendants*

*Gonzalez v. Mondongos*
**Case No. 24-cv-20231-RKA**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 2 of 2**