**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-20231-ALTMAN**

**JESUS GONZALEZ**,

     *Plaintiff,*

v.

**MONDONGO'S INC.,** *et al.,*

     *Defendants.*

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 23] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED *with prejudice*.** Each party shall bear its own attorneys' fees and costs. This case remains **CLOSED**. All pending deadlines remain **TERMINATED**, and any pending motions remain **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on May 7, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record